FILED
U.S. DISTRICT COURT
EVANSVILLE DIVISION

2014 SEP 24  AM 10: 58

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 4:14-cr-24-TWP-WGH |
| ) | |
| DONALD P. ELDRIDGE, ) | |
| ) | |
| Defendant. ) | |

# INDICTMENT

### COUNT 1
### 21 U.S.C. § 841(a)(1), (b)(1)(C)
(Possession with the intent to distribute methamphetamine)

The Grand Jury charges that:

On or about July 15, 2014, in the Southern District of Indiana, New Albany Division, DONALD P. ELDRIDGE, the defendant herein, did knowingly possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Non-Narcotic Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT TWO
### 18 U.S.C. § 924(c)(1)(A)(i)
(Carrying a firearm during and in relation to a drug trafficking crime)

The Grand Jury further charges that:

On or about July 15, 2014, in the Southern District of Indiana, New Albany Division, DONALD P. ELDRIDGE, the defendant herein, did knowingly carry a firearm, to wit: a Beretta 9 millimeter semi-automatic handgun, during and in relation to a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c)(1).

COUNT THREE
18 U.S.C. § 922(g)(1)
(Possession of a firearm by a felon)

The Grand Jury further charges that:

On or about July 15, 2014, in the Southern District of Indiana, New Albany Division, DONALD P. ELDRIDGE, the defendant herein, did knowingly possess in or affecting commerce, a firearm, to wit: one Beretta 9 millimeter semi-automatic handgun, after having been convicted on or about March 20, 2008, in Jefferson County, Kentucky, under Cause Number 008-CR-000979, of Burglary in the Second Degree, a felony offense punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE**

1.  The allegations in Counts 1 through 3 of this indictment are realleged as if fully set forth here, for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924; Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461(c).

2. If convicted of any of the offenses set forth in Counts 1 through 3, DONALD P. ELDRIDGE, the defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) or Title 21, United States Code, Section 853(a)(2), as well as Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any of the offenses of which he is convicted.

A TRUE BILL:

███████████████████████
FOREPERSON

JOSH J. MINKLER
Acting United States Attorney

by: _____
Matthew J. Lasher
Assistant United States Attorney

_____
William L. McCoskey
Assistant United States Attorney