UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 4:14-cr-00024-TWP-WGH-1 |
| | ) |
| DONALD P. ELDRIDGE, | ) |
| | ) |
| Defendant. | ) |

O R D E R

      This matter comes before the Court upon the United States of America's Petition for a Writ of Habeas Corpus Ad Prosequendum requiring the presence of DONALD P. ELDRIDGE, DOB xx/xx/1988, now confined at the Clark County Jail, Jeffersonville, Indiana, in the custody of the Warden, before a Magistrate Judge for the United States District Court, Southern District of Indiana, at New Albany, Indiana, and to remain in the custody of the United States for all other necessary proceedings in this case. The Court being sufficiently advised, SUSTAINS said petition and GRANTS the same, and ORDERS that the Clerk issue the proper writ or order to compel such attendance under safe conduct, as provided by law.

      Dated this 25th day of September, 2014.

                                                                            William G. Hussmann, Jr.
                                                                United States Magistrate Judge
                                                                Southern District of Indiana

Distribution to all registered counsel via electronic notification

Office of the United States Marshal